# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GALE ROUZER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 07-0268 |
| | : | |
| **DAVID DIGUGLIELMO**, *et al*. | : | |

## ORDER

**AND NOW**, this 19th day of March, 2007, upon consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge, and after a thorough and independent review of the record, it is **ORDERED** that:

1) The Report and Recommendation of Magistrate Judge Strawbridge is **APPROVED** and **ADOPTED**;

2) This action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

                                                                  s/Timothy J. Savage
                                            TIMOTHY J. SAVAGE, J.